**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV728-DSC**

| | | |
|---|---|---|
| **DALE E. STANBACK, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **INTERNATIONAL PAPER COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the ΑApplication for Admission to Practice Pro Hac Vice [for Eugenia McGown]@ (document #23). For the reasons set forth therein, the Motion will be <u>granted</u>.

**SO ORDERED.**

Signed: December 17, 2012

David S. Cayer
United States Magistrate Judge